<u>CIVIL CAUSE FOR STATUS CONFERENCE</u>

**FILED**
**CLERK**

8/10/2020 4:25 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

<u>BEFORE: JUDGE FEUERSTEIN</u>

<u>DATE</u>: August 10, 2020              <u>TIME</u>:(30 MINUTES)

<u>CASE NUMBER</u>:     2:18-cv-03594-SJF-ST

<u>CASE TITLE</u>: Scalia v. Ramiza Food Corp. et al

<u>PLTFFS ATTY</u>:       <u>Amy Tai</u>
                      X   present             not present

<u>DEFTS ATTY</u>:       <u>Frank Graziadei</u>
                      X   present             not present

<u>COURT REPORTER</u>:

<u>COURTROOM DEPUTY</u>: BMM

X     CASE CALLED.

      HEARING HELD/ CONT'D TO _____.

      ORDER ENTERED ON THE RECORD.

<u>OTHER</u>: The parties have filed a form signed by Plaintiff and Defendants Sheak Ripon and Syeda Shahtaj consenting to the jurisdiction of the magistrate judge.  As Plaintiff still wishes to proceed to judgment against defaulting defendant Ramiza Corp., that defendant shall be severed from this action.  The Clerk of the Court is directed to open a separate civil action for Plaintiff's claims against Ramiza Corp., which case shall be assigned to this Court and MJ Tiscione, and to waive any filing fees. Upon the severance of Ramiza Corp., the consent form will be signed by this Court dond the remaining claims against Defendants Ripon and Shahtaj will proceed before the magistrate judge for all purposes.

Plaintiff's motion for a default judgment against Ramiza Corp.

shall be filed in the new action.  A hearing in aid of judgment on that motion will be held by telephone on 9/18/20 at 10:30 a.m., at which time the parties are directed to call the teleconferencing number (877) 336-1280 and follow the automated instructions.  The access code is 7215690.  A further telephone conference in the new action is scheduled for 12/17/20 at 10:00 a.m.