UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor, | : | |
| | : | |
| Plaintiff, | | |
| v. | : | No. 20-CV-3596 (SJF)(ST) |
| RAMIZA FOOD CORP., | : | |
| Defendant. | : | |

---

**[PROPOSED] JUDGMENT**

FILED
CLERK
10:50 am, Oct 15, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

WHEREAS, Plaintiff Eugene Scalia, Secretary of Labor, United States Department of Labor (the "Secretary") filed a Complaint on June 20, 2018 and a Second Amended Complaint on May 23, 2019, alleging that Defendant Ramiza Food Corp. ("Ramiza") willfully violated the minimum wage, overtime, recordkeeping, investigation, and anti-retaliation provisions of the Fair Labor Standards Act of 1938, as amended 29 U.S.C. § 201, *et seq.* (the "FLSA");

WHEREAS, the Clerk of the Court entered default against Ramiza on May 29, 2020 for its failure to appear or otherwise defend this action;

WHEREAS, the Secretary filed an application for default judgment against Ramiza on September 8, 2020;

WHEREAS, the Secretary served Ramiza with the application for default judgment and supporting papers on September 8, 2020; and

WHEREAS, this Court has fully considered the arguments and authorities submitted by the Secretary,

**IT IS HEREBY ODERED, ADJUDGED, AND DECREED that:**

**I.**

The Secretary's application for default judgment is GRANTED.

**II.**

Judgment shall be entered for the Secretary and against Defendant Ramiza pursuant to Local Civil Rule 55.2(b) and Rule 55(b) of the Federal Rules of Civil Procedure.

**II.**

Ramiza willfully violated the FLSA's minimum wage, overtime, recordkeeping, investigation, and anti-retaliation provisions, 29 U.S.C. §§ 206(a), 207(a), 211(c), 215(a)(2) and 215(a)(3).

**III.**

Ramiza is liable to the Secretary for back wages and liquidated damages pursuant to sections 16(c) and 17 of the FLSA, 29 U.S.C. §§ 216(c) and 217, in an amount equal to the judgment to be entered against defendant Sheak Ripon a/k/a Sheak Ripon Rony in related Case No. 18-CV-3594-ST.

**IV.**

Ramiza is liable to the Secretary for compensatory and punitive damages pursuant to section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3), in an amount equal to the judgment to be entered against defendant Sheak Ripon a/k/a Sheak Ripon Rony in related Case No. 18-CV-3594-ST.

**V.**

Ramiza, its officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with them are permanently restrained and enjoined from violating sections 6, 7, 11, and 15 of the FLSA, 29 U.S.C. §§ 206, 207, 211, and 215.

**VI.**

The Court retains jurisdiction over any matter pertaining to this Judgment.

**IT IS SO ORDERED.**

Dated: October 15, 2020

/s/ Sandra J. Feuerstein
THE HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE