UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

EUGENE SCALIA, Secretary of Labor, United States Department of Labor,

    Plaintiff,

v.

RAMIZA FOOD CORP.,

    Defendant.

No. 20-CV-3596 (SJF)(ST)

---

### AFFIRMATION OF SERVICE

I, Geneva Gaud, an employee of the United States Department of Labor, declare under penalty of perjury that on October 21, 2020, I served a copy of the Judgment dated October 15, 2020 (ECF No. 69) and the Court's Minute Entry for the Civil Cause for Hearing in Aid of Judgment (ECF No. 68) upon Defendant Ramiza Food Corp. by mailing it to its last known address below:

Ramiza Food Corp.
351 N. Central Avenue
Valley Stream, NY 11580

Dated: October 21, 2020

_____
GENEVA GAUD
Paralegal Specialist
U.S. Department of Labor
Office of the Solicitor
201 Varick St., Room 983
New York, NY 10014